**Fill in this information to identify the case:**

Debtor 1   Eric Eugene Knoll

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Western      District of   Missouri
                                                                    (State)

Case number   17-41491-btf13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002. 1.**

Name of creditor:   Federal National Mortgage Association ("Fannie Mae"), by Seterus Inc.

Court claim no, (if known):   6

Last 4 digits of any number you use to identify the debtor's account:   XXXXXX2322

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice: _____

## Part 1:   Itemized Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Date incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 1/2/18 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance Advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Eric Eugene Knoll | | Case number (if known) | 17-41491-btf13 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Wendee Elliott-Clement
    Signature

Date: 2/2/18

Print: Wendee Elliott-Clement
       First Name  Middle Name  Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
         Number           Street

Overland Park, KS 66213-2660
City              State      ZIP Code

Contact phone (913) 663-7600

Email mobknotices@southlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Eric Eugene Knoll, *Debtor* ) | |
| ) | Case No. 17-41491-btf13 |
| ) | |
| Federal National Mortgage Association ("Fannie Mae"), by ) | Chapter: 13 |
| Seterus, Inc., loan servicing agent for *Moving Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Eric Eugene Knoll, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Richard V. Fink, *Trustee* ) | |
| ) | |

### CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this February 2, 2018 with the United States Bankruptcy Court for the Western District  , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Eric Eugene Knoll
608 Overlook Drive
Raymore, MO  64083
**DEBTOR**

Tracy L. Robinson
818 Grand Blvd., Suite 505
Kansas City MO  64106
**ATTORNEY FOR DEBTOR**

Richard V. Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO  64108-2663
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO  64106
**U.S. TRUSTEE**

File No. 125746
Case No: 17-41491-btf13

S<span>OUTH</span>L<span>AW</span>, P.C.
*/s/ Wendee Elliott-Clement*_____
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**A<span>TTORNEYS</span> F<span>OR</span> C<span>REDITOR</span>**

File No. 125746
Case No: 17-41491-btf13