## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:                                )
    Eric Eugene Knoll,           )   Case No.    17-41491-btf13
                                  )
    Debtor.                       )

### 2nd AMENDMENT TO CHAPTER 13 PLAN

COMES NOW, the Debtor, by and through his attorney, Tracy L. Robinson, and amends his Chapter 13 Plan that was filed with the Court on July 19, 2017, and amended on November 9, 2017, to reflect the following:

1. The Chapter 13 Plan payments are to increase to $1,675.00 per month commencing with July 2018, payment and continuing for the remaining months in the Chapter 13 Plan.

2. All other provisions of the original Chapter 13 Plan, as previously amended, if any, shall remain the same.

_____
Eric Eugene Knoll        Date

Respectfully Submitted,

/s/ Tracy L. Robinson
Tracy L. Robinson   #36691
818 Grand Blvd., Suite 505
Kansas City, MO  64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email:  admin@tlrlaw.com
Attorney for the Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Debtor's 2nd Amended Chapter 13 Plan will be served, in addition to the parties notified by US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via U.S. First Class Mail, postage prepaid, the 13th day of June, 2018.

Eric Eugene Knoll
608 Overlook Drive
Raymore, MO  64083

/s/ Tracy L. Robinson
Tracy L. Robinson   #36691