**Fill in this information to identify the case:**

Debtor 1: Eric Eugene Knoll

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Missouri (State)

Case number: 17-41491-btf13

## Official Form 410S1

# Notice of Mortgage Payment Change                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2322

**Date of payment change:** 08/01/2018
Must be at least 21 days after date of this notice

**New total payment:** $ $1,106.27
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   X Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 385.80         New escrow payment: $ 419.23

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   X No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   X No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    Eric Eugene Knoll      Case number *(if known)* 17-41491-btf13
     First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/Wendee Elliott-Clement      Date 6/27/2018
   Signature

Print: Wendee Elliott-Clement      Title Attorney
     First Name    Middle Name    Last Name

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
     Number    Street
     Overland Park, KS 66213-2660
     City    State    Z P Code

Contact phone (913) 663-7600      Email mobknotices@southlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Eric Eugene Knoll, *Debtor* ) | |
| ) | Case No. 17-41491-btf13 |
| Federal National Mortgage Association ("Fannie Mae"), by ) | |
| Seterus, Inc., *Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| Eric Eugene Knoll, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Richard Fink, *Trustee* ) | |

**CERTIFICATE OF MAILING/SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this June 27, 2018 with the United States Bankruptcy Court for the Western District of Missouri, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Tracy L. Robinson
818 Grand Blvd., Suite 505
Kansas City, MO 64106
**ATTORNEY FOR DEBTOR**

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO 64106
**U.S. TRUSTEE**

File No. 125746
Case No: 17-41491-btf13

And delivered via U.S. Mail, First Class, postage prepaid, on June 27, 2018, to:

Eric Eugene Knoll
608 Overlook Drive
Raymore, MO 64083
**DEBTOR**


SOUTHLAW, P.C.
  /s/Wendee Elliott-Clement
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 125746
Case No: 17-41491-btf13

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday–Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

ERIC E KNOLL
c/o TRACY L. ROBINSON
1125 GRAND BLVD STE 1300
KANSAS CITY MO 64106-2507

### ESCROW ACCOUNT STATEMENT

Analysis Date: 06/19/18
Loan Number:

| | Current Payment | New Payment Effective 08/01/18 |
|---|---|---|
| Principal and Interest | $687.04 | Principal and Interest* $687.04 |
| Escrow | $385.80 | Escrow $366.11 |
| | | Escrow Shortage or Deficiency $53.12 |
| Total Current Payment | $1,072.84 | Total NEW Payment* $1,106.27 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on June 2, 2017. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS August 2018 to July 2019 | |
|---|---|
| HAZARD INS | $2,353.14 |
| COUNTY | $2,040.09 |
| **Total Disbursements** | **$4,393.23** |

| Bankruptcy File Date | June 2, 2017 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $2,509.29 |

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $148.14 |
| Post Petition Beg Bal* | | | | $2,657.43 |
| 08/01/2018 | 366.11 | 0.00 | | 3,023.54 |
| 09/01/2018 | 366.11 | 0.00 | | 3,389.65 |
| 10/01/2018 | 366.11 | 2,353.14- | HAZARD INS | 1,402.62 |
| 11/01/2018 | 366.11 | 0.00 | | 1,768.73 |
| 12/01/2018 | 366.11 | 2,040.09- | COUNTY | 94.75 |
| 01/01/2019 | 366.11 | 0.00 | | 460.86 |
| 02/01/2019 | 366.11 | 0.00 | | 826.97 |
| 03/01/2019 | 366.11 | 0.00 | | 1,193.08 |
| 04/01/2019 | 366.11 | 0.00 | | 1,559.19 |
| 05/01/2019 | 366.11 | 0.00 | | 1,925.30 |
| 06/01/2019 | 366.11 | 0.00 | | 2,291.41 |
| 07/01/2019 | 366.11 | 0.00 | | 2,657.52 |
| **Total** | **$4,393.32** | **$4,393.23-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $732.22, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $94.75.

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $2,657.43. Your required beginning balance according to this analysis should be $3294.90. This means you have a post-petition shortage and/or deficiency of $637.47. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $732.22.

\*\*\*Continued on Reverse\*\*\*
INTERNET REPRINT

This is a statement of actual activity in your escrow account from August 2017 to July 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | Description | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $3,036.50 | $2,559.19- |
| **Date** | | | | | | | |
| 08/01/17 | 337.39 | 0.00* | 0.00 | 0.00 | | 3,373.89 | 2,559.19- |
| 09/01/17 | 337.39 | 0.00* | 0.00 | 0.00 | | 3,711.28 | 2,559.19- |
| 10/01/17 | 337.39 | 0.00* | 2,067.88- | 2,368.28-* | HAZARD INS | 1,980.79 | 4,927.47- |
| 10/01/17 | 0.00 | 0.00 | 0.00 | 2,040.09-* | COUNTY | 1,980.79 | 6,967.56- |
| 10/01/17 | 0.00 | 0.00 | 0.00 | 19.38-* | HAZARD INS | 1,980.79 | 6,986.94- |
| 11/01/17 | 337.39 | 0.00* | 0.00 | 0.00 | | 2,318.18 | 6,986.94- |
| 12/01/17 | 337.39 | 0.00* | 1,980.79- | 0.00* | COUNTY | 674.78 | 6,986.94- |
| 01/01/18 | 337.39 | 0.00* | 0.00 | 0.00 | | 1,012.17 | 6,986.94- |
| 02/01/18 | 337.39 | 385.80* | 0.00 | 0.00 | | 1,349.56 | 6,601.14- |
| 03/01/18 | 337.39 | 0.00* | 0.00 | 0.00 | | 1,686.95 | 6,601.14- |
| 04/01/18 | 337.39 | 0.00* | 0.00 | 0.00 | | 2,024.34 | 6,601.14- |
| 05/01/18 | 337.39 | 0.00* | 0.00 | 0.00 | | 2,361.73 | 6,601.14- |
| 06/01/18 | 337.39 | 6,411.89* | 0.00 | 0.00 | | 2,699.12 | 189.25- |
| 07/01/18 | 337.39 | 0.00 | 0.00 | 0.00 | | 3,036.51 | 189.25- |
| **Total** | **$4,048.68** | **$6,797.69** | **$4,048.67-** | **$4,427.75-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT